05-CV-05740-ORD

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 1 4 2005    LX

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BAY BANK, a division of COWLITZ BANCORP, a state chartered bank, successor by merger to ASIA.EUROPE.AMERICAS BANK,

Plaintiff,

v.

ORDER OF MAGNITUDE, Official No. 959446, its Engines, Machinery, Appurtenances, etc.,
*In Rem*;

and

RAY G. WADSWORTH and LYDIA J. WADSWORTH, husband and wife and the marital community composed thereof; RAYMOND "BUD" A. PETERSON and CAROL C. PETERSON, husband and wife and the marital community composed thereof; CHARLES A. REDMAN and CHRISTY A. REDMAN, husband and wife and the marital community composed thereof; and R. BRUCE JOHNSTON and CAROL N. JOHNSTON, husband and wife and the marital community composed thereof,
*In Personam*,

Defendants.

IN ADMIRALTY

Case No. C05-5740
(PROPOSED)

ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST

(PROPOSED) ORDER AUTHORIZING
ISSUANCE OF WARRANT FOR ARREST - 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. Upon the ex-parte motion of plaintiff and after review of the record and files
2. herein, and finding that probable cause for arrest exists, it is
3. ORDERED that the Clerk may issue a warrant for the arrest of the defendant
4. vessel ORDER OF MAGNITUDE, Official No. 959446.
5. DATED this 15th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

10. Presented by:
11. HOLMES WEDDLE & BARCOTT

_____
John E. Casperson, WSBA #14292
Attorney for Plaintiff

15. RYAN, SWANSON & CLEVELAND, PLLC

_____
David L. Tift, WSBA #13213
Daniel M. Caine, WSBA #368
Attorneys for Plaintiff

G:\4741\20438\Pldg\Order - Sub Cust (OM) 11.7.05.doc

(PROPOSED) ORDER AUTHORIZING
ISSUANCE OF WARRANT FOR ARREST - 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008