05-CV-05740-ORD

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 14 2005  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BAY BANK, a division of COWLITZ BANCORP, a state chartered bank, successor by merger to ASIA.EUROPE.AMERICAS BANK,

Plaintiff,

v.

ORDER OF MAGNITUDE, Official No. 959446, its Engines, Machinery, Appurtenances, etc.,
*In Rem*;

and

RAY G. WADSWORTH and LYDIA J. WADSWORTH, husband and wife and the marital community composed thereof; RAYMOND "BUD" A. PETERSON and CAROL C. PETERSON, husband and wife and the marital community composed thereof; CHARLES A. REDMAN and CHRISTY A. REDMAN, husband and wife and the marital community composed thereof; and R. BRUCE JOHNSTON and CAROL N. JOHNSTON, husband and wife and the marital community composed thereof,
*In Personam*,

Defendants.

IN ADMIRALTY

Case No. 

(PROPOSED)

ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF DEFENDANT ORDER OF MAGNITUDE

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT ORDER OF MAGNITUDE - 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.     Plaintiff, Bay Bank ("Bank") by and through their attorney, John E. Casperson of Holmes Weddle & Barcott, P.C., having appeared, now make the following recitals:

    1.     On November ____, 2005, the complaint herein was filed praying that the defendant vessel ORDER OF MAGNITUDE, Official No. 959446, her engines, machinery, and appurtenances etc. be condemned and sold to pay plaintiff's claims and for other proper relief.

    2.     In the immediate future, the Clerk of this Court is expected to issue a warrant for arrest of the ORDER OF MAGNITUDE, commanding the United States Marshal for this District to arrest and take into custody the ORDER OF MAGNITUDE and to detain the same in his custody until further order of this Court respecting same.

    3.     It is contemplated that the United States Marshal will seize the ORDER OF MAGNITUDE forthwith. Custody by the United States Marshal requires the services of one or more keepers at charges substantially in excess of those to be made by the substitute custodian alone, not including charges for moorage and the other services usually associated with safekeeping ORDER OF MAGNITUDE similar to the defendant vessel.

    4.     The ORDER OF MAGNITUDE is currently located at John Wayne Marina in Sequim, Washington. Plaintiff is agreeable to allow Dock Street Custodial Services, Inc. ("Dock Street"), through Jeff Osborn, its Vice President, to assume the responsibility of safekeeping the ORDER OF MAGNITUDE, and Dock Street has consented to act as her custodian until further order of this Court. Dock Street has also consented to move the ORDER OF MAGNITUDE from their current location at John Wayne Marina in Sequim, Washington, to Dock Street's facility located at 5101 Ballard Avenue Northwest, Seattle, Washington, a suitable marine facility.

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT ORDER OF MAGNITUDE - 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

5. Dock Street, by certification of Jeff Osborn, Vice President, submitted herewith, avers that it can arrange for adequate facilities and supervision for the proper safekeeping of the ORDER OF MAGNITUDE for a charge of not more than $25.00 per day with an additional fee of $500.00 for twelve months of substitute custodian insurance and that it is the beneficiary of insurance with limits of $1,000,000. Further, in said certification, substitute custodian accepts, in accordance with the terms of this order, possession of the ORDER OF MAGNITUDE, their engines, machinery, and appurtenances etc., which is the subject of the action herein.

6. In consideration of the United States Marshal's consent to the appointment of Dock Street as substitute custodian, plaintiff agrees to release the United States and the United States Marshal from any and all liability and responsibility arising out of care and custody of the ORDER OF MAGNITUDE, from the time the United States Marshal transfers possession of the ORDER OF MAGNITUDE over to said substitute custodian, and plaintiff further agrees to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

THEREFORE, IT IS ORDERED that the United States Marshal for the Western District of Washington is authorized, upon seizure of the Vessel, pursuant to Warrant for Arrest, to surrender the possession thereof to Dock Street as substitute custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the ORDER OF MAGNITUDE and held harmless from any and all claims arising whatever out of said custodial services.

IT IS FURTHER ORDERED that Dock Street is appointed custodian of the ORDER OF MAGNITUDE and shall retain the ORDER OF MAGNITUDE in its custody

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT ORDER OF MAGNITUDE - 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. for possession and safekeeping until further order of this Court and that Dock Street may
2. move the ORDER OF MAGNITUDE from its current location to the Fisherman's
3. Terminal, Seattle, Washington, if necessary. All costs for such movement shall be paid
4. by plaintiff, and may, upon further order of this Court, be deemed administrative costs
5. herein.
6.     IT IS FURTHER ORDERED that the substitute custodian may permit boarding
7. and inspection of the ORDER OF MAGNITUDE by marine surveyors, representatives of
8. plaintiff and prospective purchasers in order to determine the ORDER OF
9. MAGNITUDE's condition and value. All costs of such boardings and inspections shall
10. be paid by plaintiff and may, upon further order of this Court, be deemed administrative
11. costs herein. All persons entering on board the ORDER OF MAGNITUDE shall execute
12. a waiver and release in the form attached hereto.
13.     IT IS FURTHER ORDERED that plaintiff's attorney serve a copy of this order on
14. the owner of the ORDER OF MAGNITUDE.
15.     It is further requested that the Clerk of this Court deliver three certified copies of
16. this order to the United States Marshal forthwith.
17. DATED this 15th day of November, 2005.

                                    UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT ORDER OF MAGNITUDE - 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292.8008

1. Presented by:

2. HOLMES WEDDLE & BARCOTT

3.

4. *[signature]*

5. John E. Casperson, WSBA #14292
Attorney for Plaintiff

6. RYAN, SWANSON & CLEVELAND, PLLC

7.

8. *[signature]*

9. David L. Tift, WSBA #13213
Daniel M. Caine, WSBA #368

10. Attorneys for Plaintiff

11. Approved for Entry:

12.

13. *[signature]*

14. UNITED STATES MARSHAL
Western District of Washington

15. O:\4741\20438\Pldg\Order - Sub Cust (OM) 11.7.05.doc

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26. (PROPOSED) ORDER APPOINTING SUBSTITUTE
CUSTODIAN AND AUTHORIZING MOVEMENT AND
INSPECTION OF DEFENDANT ORDER OF MAGNITUDE - 5

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008