The Honorable Ronald B. Leighton

05-CV-05740-ORD

FILED _____ LODGED
_____ RECEIVED

DEC - 1 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT TACOMA

BAY BANK, a division of COWLITZ BANCORP, a state chartered bank, successor by merger to ASIA.EUROPE.AMERICAS BANK,

   Plaintiffs,

v.

ORDER OF MAGNITUDE, Official No. 959446, its Engines, Machinery, Appurtenances, etc., In Rem;

and

RAY G. WADSWORTH and LYDIA J. WADSWORTH, husband and wife and the marital community composed thereof; et al.,

   Defendants.

RAYMOND A. PETERSON and CAROL C. PETERSON, et al.,

   Third Party Plaintiffs,

v.

THE 13TH REGIONAL CORPORATION,

   Third Party Defendant.

No. 05-5740RBL

[~~PROPOSED~~] ORDER GRANTING THE 13TH REGIONAL CORPORATION'S MOTION TO JOIN ALASKACATCH, LLC AS A PARTY UNDER RULE 19

NOTED ON CALENDAR:
November 17, 2006

[PROPOSED] ORDER GRANTING THE 13TH REGIONAL CORPORATION'S MOTION TO JOIN ALASKACATCH, LLC AS A PARTY UNDER RULE 19
- 1
Case No. 05-5740RBL

VANDEBERG JOHNSON & GANDARA
A PARTNERSHIP OF PROFESSIONAL SERVICE CORPORATIONS
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

THIS MATTER having come before the Court on The 13th Regional Corporation's Motion to Join AlaskaCatch, LLC as a Party Under Rule 19, and the Court having considered the pleadings submitting in connection with the motion, it is hereby ORDERED that The 13th's motion is GRANTED, and AlaskaCatch, LLC is hereby made a party to this action pursuant to Fed. R. Civ. P. 19.

DATED this 1st day of December, 2006.

_____
The Honorable Ronald B. Leighton

Presented by:

VANDEBERG JOHNSON & GANDARA

By_____
James C. Fowler, WSBA# 15560
Daniel Gandara, WSBA# 8635
Attorneys for Third Party Defendant
The 13th Regional Corporation

[PROPOSED] ORDER GRANTING THE 13TH REGIONAL CORPORATION'S MOTION TO JOIN ALASKACATCH, LLC AS A PARTY UNDER RULE 19 - 2

VANDEBERG JOHNSON & GANDARA
A PARTNERSHIP OF PROFESSIONAL SERVICE CORPORATIONS
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484