JUDGE: Ronald B. Leighton

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

FILED _____ LODGED
_____ RECEIVED

MAY 30 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

BAY BANK, a division of COWLITZ BANCORP, a state chartered bank, successor by merger to ASIA.EUROPE.AMERICAS BANK,

Plaintiffs,

vs.

ORDER OF MAGNITUDE, Official No. 959446, its Engines, Machinery, Appurtenances, etc., *In Rem*;

and

RAY G. WADSWORTH and LYDIA J. WADSWORTH, husband and wife and the marital community composed thereof; et al.,

Defendants.

RAYMOND A. PETERSON and CAROL C. PETERSON, et al.,

Third Party Plaintiffs,

vs.

THE 13TH REGIONAL CORPORATION,

Third Party Defendants.

NO. 05-5740RBL

05-CV-05740-ORD

[PROPOSED]
ORDER DETERMINING REASONABLENESS OF SETTLEMENT

THIS MATTER comes before the court upon a motion by Raymond and Carol Peterson and Charles and Christy Redman seeking a determination of reasonableness of their settlement with Bay

Order Determining Reasonableness of Settlement - 1

W:\CLIENTS\2432\103\settlement determination order.wpd

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

Bank under RCW 4.22.060. The court, upon reviewing their motion and considering any responses and otherwise being duly advised, finds that the terms of the settlement as between Mr. and Mrs. Peterson and Bay Bank and as between Mr. and Mrs. Redman and Bay Bank set forth in the Settlement Term Sheet attached to the Motion are fair and reasonable for the purpose of RCW 4.22.060(1) and (2). Accordingly, their motion is hereby GRANTED.

DATED this 30th day of May, 2007.

_____
The Honorable Ronald B. Leighton

Presented by:

BUCKNELL STEHLIK SATO & STUBNER, LLP

   /s/ Jerry N. Stehlik
Jerry N. Stehlik, WSBA #13050
of Attorneys for the Petersons and the Redmans

Order Determining Reasonableness of Settlement - 2

W:\CLIENTS\2432\103\settlement determination order.wpd

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277